IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
ST. JOSEPH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 10-6006-CR-SJ-ODS |
| | ) | |
| JASON HARRIS, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Defendant Harris is charged in this Court with being a felon in possession of a firearm and ammunition. As defendant Harris had been in state custody in Buchanan County since April 2010, a writ of habeas corpus ad prosequendum was issued directing that the defendant be produced in this Court.

Defendant appeared, pursuant to the writ, for an initial appearance on the Indictment on June 30, 2010. On July 2, 2010, defendant appeared with counsel for a detention hearing and arraignment. The Court was advised that a bond had been set on the state charge pending in Buchanan County, Missouri, but the defendant has been unable to satisfy the bond. Further, counsel for defendant indicated that defendant's trial in Buchanan County is set for July 8, 2010, and defendant wishes to return to state custody so that the trial may proceed as scheduled. In requesting that he be returned to state custody, defendant orally waived any rights he might have under the interstate compact on detainers. Government counsel did not oppose defendant's request that he be returned to state custody. All parties agreed to defer the detention hearing until the completion of the state proceedings.

Based on the defendant's oral request, it is

ORDERED that defendant's request that he be returned to state custody is granted. The United States Marshal's Office shall deliver defendant Jason Harris to the custody of the state of Missouri at Buchanan County as soon as possible, but in any event prior to July 8, 2010.

                                                     */s/ Sarah W. Hays*
                                                        SARAH W. HAYS
                                    UNITED STATES MAGISTRATE JUDGE